JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| SHUXIAN LI, JINGHUI ZHOU, XIAOBING ZHOU, ANDY ZHEN BANG ZHOU LI,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTOR OF THE LOS ANGELES ASYLUM OFFICE ET AL,<br><br>Defendants. | No. 2:23-cv-08548-PA (RAO)<br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1.    The instant action shall be dismissed without prejudice;

2.    USCIS shall interview Plaintiffs Shuxian Li, Jinghui Zhou, Xiaobing Zhou and Andy Zhen Bang Zhou Li on November 7, 2024, at 10:30 a.m., at the Los Angeles Asylum Office in Tustin, California. USCIS intends to conduct the interview on the date set, however, the parties understand that due to unexpected staffing limitations or other unforeseen circumstances that may arise, USCIS reserves its right to cancel and reschedule the interview. Should rescheduling be necessary, the interview will be rescheduled within four (4) weeks of the original interview date, absent unforeseen or exceptional circumstances;

3.    Plaintiffs agree to attend the interview on the date listed above, absent unforeseen or exceptional circumstances;

4.    If needed, Plaintiffs agree to only make one (1) interview reschedule request and to notify the Los Angeles Asylum Office of the reschedule request, in writing, prior to the scheduled interview date. Plaintiffs may email the reschedule request to LosAngelesAsylum@uscis.dhs.gov;

5.    If multiple reschedule requests are made by Plaintiffs, USCIS may place the asylum application back into the Los Angeles Asylum Office's general interview scheduling priorities. *See* *https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/affirmative-asylum-interview-scheduling;*

6.    Plaintiffs understand that additional interview(s) may be required by USCIS as part of the asylum interview process and the adjudication of the application;

7.    USCIS agrees to diligently work towards completing adjudication of the

asylum application within 120 days of completion of Plaintiffs' asylum interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

8.   In the event that USCIS does not complete adjudication of the asylum application within 120 days of the completion of the asylum interview, Plaintiffs may refile this action;

9.   Plaintiffs agree to submit all supplemental documents and evidence, if any, to USCIS prior to the agreed upon scheduled interview based on the following timelines.  Plaintiffs may email any supplemental documents to LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before the interview. Alternatively, Plaintiffs may mail the supplemental documents to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003, postmarked no later than ten (10) calendar days prior to the scheduled asylum interview. Plaintiffs recognize that failure to submit these documents in a timely manner may result in the interview being rescheduled at no fault of USCIS;

10.   Each party agrees to bear it's the party's own litigation costs, expenses, and attorney fees.

Dated: November 13, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2